**Order entered August 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00170-CR
### No. 05-18-00171-CR

**JASON DANIEL STRICKLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76631-V, F16-00834-V**

## ORDER

Before the Court is appellant's August 11, 2018 second motion to extend the time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **September 17, 2018**. If appellant's brief is not filed by September 17, 2018, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    CRAIG STODDART
          JUSTICE